UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
S.N.C.,

                     Petitioner,

          -against-                             18-CV-7680

JEFFERSON B. SESSIONS III, KIRSTJEN      ORDER
NIELSEN, THOMAS DECKER, and U.S.
DEPARTMENT OF HOMELAND SECURITY,

                    Respondents.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2018

VALERIE CAPRONI, United States District Judge, Part I:

      WHEREAS on August 23, 2018, Petitioner filed a Petition for Writ of Habeas Corpus and an application for a temporary restraining order ("TRO"); and

      WHEREAS on August 22 and August 23, 2018, the parties appeared before this Court in its Part I capacity;

      IT IS HEREBY ORDERED THAT:

      1.     Petitioner's application for a TRO is denied without prejudice.  Petitioner may reapply for the TRO if the Court finds that it has jurisdiction over this case or if Petitioner can make a showing that she will be removed before the Court can so decide.

      2.     No later than **August 24, 2018 at 5:00 p.m.**, Respondents must submit a letter on ECF stating whether they have a process in place to ensure that individuals with pending applications for T Nonimmigrant Status are not removed before those applications can be adjudicated (whether adjudicated preliminarily as "bona fide" or adjudicated in the final instance).  Respondents should also indicate whether they have any reason to believe that Petitioner will be removed before her application for T Nonimmigrant Status has been adjudicated.

3. No later than **August 24, 2018 at 5:00 p.m.**, Petitioner must submit a letter on ECF responding to Respondents' letter on jurisdiction and venue (Dkt. 6).

4. No later than **August 27, 2018 at 5:00 p.m.**, Petitioner must submit proposed redactions to the transcript of the parties' August 22 conference with this Court. Petitioner's submission must comply with this Court's Individual Practices in Civil Cases, Rule 4(A).

5. The Court provisionally grants the application of Petitioner's counsel Sabrina Talukder for admission to this District *pro hac vice*, pending the Clerk of Court's review of Ms. Talukder's application.

6. Petitioner must immediately file on ECF all documents not under seal, including Petitioner's application for an order to show cause, her proposed order to show cause, memorandum of law in support of sealing, and this Court's order permitting provisional sealing.

**SO ORDERED.**

Date: **August 23, 2018**
  New York, New York

VALERIE CAPRONI
United States District Judge
Part I