UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2018

S.N.C.,

      *Petitioner*,

v.

Thomas DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; Kirstjen NIELSEN, in her official capacity as Secretary of the U.S. DEPARTMENT OF HOMELAND SECURITY; and Jefferson B. SESSIONS III in his official capacity as Attorney General of the United States,

      *Respondents*.

Case No. 18-CV-7680

[PROPOSED] ORDER TO PERMIT THE PETITIONER TO PROCEED USING ONLY HER INITIALS AND TO PERMIT PORTIONS OF PETITIONER'S SUPPORTING EXHIBITS TO BE FILED UNDER SEAL

It is hereby ordered that the Petitioner may proceed using only her initials and that all documents containing personally identifying information of the Petitioner shall be filed under seal, with redacted copies for public record wherever possible. *[handwritten: until the assigned judge has had an opportunity to pass on the issue]* It is further ordered that Exhibits 6, 11, 14, 16 and 18 to the Verified Petition may remain sealed in their entirety.

IT IS SO ORDERED

DATED: August 22, 2018
New York, New York

_____
Honoroable Valerie Caproni
United States District Judge