

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2018

Immigration Law Unit
199 Water Street
New York, NY 10038
T (212) 577-3300
www.legal-aid.org

Direct Dial:  (212) 577-3968
Direct Fax:  (646) 365-9369
E-mail:  gcopeland@legal-aid.org

Blaine (Fin) V. Fogg
*President*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

Hasan Shafiqullah
*Attorney-in-Charge*
Immigration Law Unit

August 27, 2018

BY ECF

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *S.N.C. v. Sessions, et al.*, No. 18 Civ. 7680 (LGS)

Dear Judge Caproni:

The Legal Aid Society represents the Petitioner, S.N.C., in the above captioned habeas proceedings.  We write respectfully to respond to the Court's order dated August 23, 2018, directing the Petitioner to "[s]ubmit a redacted transcript" of the August 22, 2018 case conference that is currently sealed.  ECF No. 7.  We reviewed the August 22, 2018 transcript and do not have any redactions to submit to the Court.

Respectfully submitted,


*/s/ Gregory P. Copeland*
Gregory P. Copeland

Counsel for the Petitioner

   cc: Counsel of Record (via ECF and email)

---

The Clerk of Court is respectfully directed to unseal the transcript of this case's August 22, 2018 conference.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
8/27/2018