UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   S.N.C.,

                       Petitioner,

                                              18 Civ. 7680 (LGS)

          -against-

                                                **ORDER**

   JEFFERSON B. SESSIONS et al.,

                     Respondents.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the March 8, 2019, Order, the parties are required to file a joint status letter informing the Court as to the status of Petitioner's T-Visa application every forty-five days (Dkt. No. 67).

       WHEREAS, on April 23, 2020, no such letter was filed. It is hereby

       **ORDERED** that the parties shall file their next status letter by **May 4, 2020**, or a letter explaining its delay.

Dated: April 30, 2020
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**